IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT ABRON,

      Petitioner,                      No. CIV S-08-1468 KJM P

    vs.

D.K. SISTO,

      Respondent.             <u>ORDER</u>

           Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 24, 2008, this court granted petitioner's request to proceed in forma pauperis but directed him to show cause why the petition should not be dismissed for his failure to exhaust state remedies. Petitioner has responded to the order by submitting documents showing that he has exhausted his state remedies.

           Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because this case involves a denial of parole, respondent shall provide the transcript of the parole proceedings and all material considered by the panel in denying parole;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer O'Neill, Senior Assistant Attorney General; and

6. The order to show cause is discharged.

DATED: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

2
abro1468.100