IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT ABRON,

        Petitioner,         No. CIV S-08-1468 KJM P

  vs.

D.K. SISTO,

        Respondent.         <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 31, 2008, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,
2 within twenty days, why respondent's December 31, 2008 motion to dismiss should not be
3 granted.  Failure to comply with this order will result in a recommendation that this action be
4 dismissed pursuant Federal Rule of Civil Procedure 41(b).
5 DATED:   March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

abro1468.46osc