IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT ABRON,

    Petitioner,                  No. CIV S-08-1468 WBS KJM P

   vs.

D.K. SISTO,

    Respondents.            <u>ORDER</u>

/

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 27, 2009 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

       Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2  reason would find it debatable whether the petition states a valid claim of the denial of a
3  constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4  McDaniel, 529 U.S. 473, 484 (2000)).

5        After careful review of the entire record herein, this court finds that petitioner has
6  not satisfied the first requirement for issuance of a certificate of appealability in this case.
7  Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8  has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this
9  action.

10        IT IS SO ORDERED.

11  DATED:  October 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/abro1468.coapro